## COMR. OF INSURANCE v. MOTORS INSURANCE CORP. ET AL

No. 61 PC.

Case below: 30 N.C. App. 596.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 4 November 1976.

## COMR. OF INSURANCE v. RATING BUREAU

No. 69 PC.

Case below: 30 N.C. App. 549.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 4 November 1976.

## FAY v. BOARD OF ALCOHOLIC CONTROL

No. 58 PC.

Case below: 30 N.C. App. 492.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 November 1976.

## IN RE APPEAL OF MATTHEWS

No. 71 PC.

Case below: 30 N.C. App. 401.

Petition for discretionary review under G.S. 7A-31 denied 4 November 1976.

## IN RE WILL OF WADSWORTH

No. 67 PC.

Case below: 30 N.C. App. 593.

Petition by propounder for discretionary review under G.S. 7A-31 denied 4 November 1976.